AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Debevoise, Dickinson R | 2. Court or Organization  District Court - New Jersey | 3. Date of Report  04/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007  to  12/31/2007 |
| 7. Chambers or Office Address  MLK, Jr. Federal Bldg. & Court  50 Walnut Street  Newark, New Jersey 07102-0999 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Fund for NJ (Non-Profit charitable foundation) |
| 2. Past Director | Columbia Law School Association |
| 3. Vice President and Director | N.J. Institute for Social Justice (Non-Profit Charitable Foundation) |
| 4. Member Emeritus Board of Visitors | Columbia Law School |
| 5. Trustee | Revocable Trust (See Note VIII). |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 APR 4 A 11: 05 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/08/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 6/30/06 | Marsh (Class Action) Settlement Fund | $ 27.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. UBS Financial Services Cash Fund, Iselin, NJ | B | Interest | L | T | | | | | |
| 2. UBS Financial Services Cash Fund, Iselin, NJ | A | Interest | J | T | | | | | |
| 3. PNC Bank, N.A., Millburn, NJ | A | Interest | K | T | | | | | |
| 4. Wachovia Bank, Millburn, NJ | | None | J | T | | | | | |
| 5. Wachovia Bank, Newark, NJ | | None | J | T | | | | | |
| 6. Nuveen Bond Fund, Unit 519 ███ | A | Interest | J | T | See Part VIII | | | | |
| 7. Nuveen Bond Fund, Unit 522 ███ | A | Interest | J | T | | | | | |
| 8. Williams College Pooled Income Fund #3 | C | Interest | L | T | See Part VIII | | | | |
| 9. Wachovia Bank, Millburn, NJ | | None | J | T | | | | | |
| 10. ███ N.J. State Due 8/1/20 | B | Interest | K | T | | | | | See VIII |
| 11. ███ So. Jersey Transit Auth. 11/01/09 | B | Interest | K | T | | | | | See VIII |
| 12. ███ N.J. Health Care Auth. 01/01/09 | B | Interest | K | T | | | | | See VIII |
| 13. ███ Monmouth Cty. Imp. Auth. 12/01/12 | B | Interest | K | T | | | | | See VIII |
| 14. ███ N.J. Health Care Auth. 07/01/10 | B | Interest | K | T | | | | | See VIII |
| 15. ███ Lopatcong Twp. 7/15/22 | B | Interest | K | T | | | | | See VIII |
| 16. Winslow Twp. Bd. of Ed. 8/01/19 | B | Interest | K | T | | | | | |
| 17. Bank of America Brunswick, ME | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ███████ Trust See VIII | E | Dividend | P1 | T | | | | | |
| 19. ███████ Trust See VIII | E | Interest | P1 | T | | | | | |
| 20. -Blackrock Funds NJ Tax Free Bonds | | | | | | | | | |
| 21. -Blackrock N.J. Munic. (BN) | | | | | | | | | |
| 22. -Alltel Corp. Com. | | | | | Pt. sale ███ | 6/01 | J | B | |
| 23. -Alltel Corp. Com. | | | | | Pt. sale ███ | 10/15 | K | C | |
| 24. -Alltel Corp. Com | | | | | Sold ███ | 11/6 | J | B | |
| 25. -BP PLC | | | | | | | | | |
| 26. -Bristol Myers Squibb Com. | | | | | Pt. sale ███ | 10/15 | J | D | |
| 27. -FPL Group, Inc. Com. | | | | | Pt. sale ███ | 6/01 | J | D | |
| 28. -Chevron Texaco Corp. Com. | | | | | | | | | |
| 29. -International Paper Com. | | | | | | | | | |
| 30. -Peapack Gladstone Financial Corp. | | | | | Pt. sale ███ | 11/26 | J | D | |
| 31. -Unilever NU New York Com. | | | | | | | | | |
| 32. -Roxiticus Golf Club Com. | | | | | | | | | |
| 33. -Kimberly-Clark Com. | | | | | | | | | |
| 34. -Blackrock Money Market Institutional | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ███████ Hammonton 4.75% due on 7/1/18 | | | | | | | | | |
| 36. █████ Margate City 4.75% due on 2/1/17 | | | | | | | | | |
| 37. -Cape May Co. N.J. College due 8/15/16 | | | | | | | | | |
| 38. -General Dynamics Com. | | | | | | | | | |
| 39. -General Electric Com. | | | | | | | | | |
| 40. -Johnson & Johnson Com. | | | | | | | | | |
| 41. -IBM | | | | | | | | | |
| 42. -Stryker Corp. Com. | | | | | SOLD | 6/01 | J | C | |
| 43. -Medtronic Inc. | | | | | | | | | |
| 44. -Varian Medical Systems Com. | | | | | SOLD | 6/01 | J | C | |
| 45. -Bank of America | | | | | | | | | |
| 46. -Exelon Corp. | | | | | | | | | |
| 47. -Safeco Corp. | | | | | SOLD | 10/15 | K | D | |
| 48. -Duke Realty Corp. | | | | | | | | | |
| 49. -Harbor Fund International | | | | | | | | | |
| 50. -Citigroup, Inc. | | | | | SOLD | 11/26 | J | A | |
| 51. -McGraw Hill Com. | | | | | SOLD | 10/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -United Technologies Com. | | | | | | | | | |
| 53. -Wyeth Com. | | | | | | | | | |
| 54. -U.S. Treas Inflation Proj. | | | | | | | | | |
| 55. -Coca Cola | | | | | | | | | |
| 56. -Lehman Bro. 6.375% pfd | | | | | | | | | |
| 57. -Proctor & Gamble Com. | | | | | | | | | |
| 58. -Wachovia Com. | | | | | SOLD | 12/26 | J | A | |
| 59. -Federated Dept. Stores Com. | | | | | SOLD | 11/26 | J | A | |
| 60. -Marathon Oil Com. | | | | | | | | | |
| 61. -McDonald Com. | | | | | BUY 200 | 10/15 | J | | |
| 62. -Fed. Nat'l Mort. Assn. 12/19/07 | | | | | | | | | |
| 63. -Citigroup Cap. XVII | | | | | BUY | 6/01 | J | | |
| 64. -Federated Strat. Value (SVAAX) | | | | | BUY | 6/05 | K | | |
| 65. -Bank of N.Y. Mellon | | | | | BUY | 11/26 | J | | |
| 66. -America Movil | | | | | BUY | 11/26 | K | | |
| 67. -Northern Trust Corp. | | | | | BUY | 10/15 | K | | |
| 68. -AT&T Com. | | | | | BUY | 6/29 | J | | SEE VII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/08/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. UBS Pace Fixed Income Fund (Formerly P.W. Invest. Account) | D | Dividend | M | T | | | | | |
| 70. Hartford GPA V | A | Interest | K | T | | | | | |
| 71. Management account at PNC Bank, See VIII | | | | | | | | | |
| 72. ▉ Blackrock Money Market Fund | B | Interest | K | T | | | | | |
| 73. Verizon Com. (Bell Atl) | B | Dividend | K | T | | | | | |
| 74. Chevron Texaco Corp. Com. | A | Dividend | K | T | | | | | |
| 75. Johnson & Johnson | A | Dividend | K | T | Pt. sale▉ | 11/26 | J | C | |
| 76. Exxon Mobil Corp. Com. | B | Dividend | L | T | Pt. sale ▉ | 6/01 | J | C | |
| 77. ▉ N.J. EDL FACS Auth. Due 7/01/20 | B | Interest | K | T | | | | | |
| 78. Blackrock Fund NJ Tax Free #92 | E | Interest | N | T | | | | | |
| 79. IBM Corp. Com. | A | Dividend | J | T | | | | | |
| 80. Washington Mutual Inc. Com. | A | Dividend | | | SOLD | 11/26 | J | A | |
| 81. ▉ Hammonton 4.75% due 7/01/18 | B | Interest | L | T | | | | | |
| 82. ▉ Margate City 4.75% due 2/01/17 | B | Interest | L | T | | | | | |
| 83. ▉ Middlesex Co. Due 6/15/18 | B | Interest | K | T | | | | | |
| 84. General Dynamics Corp. Com. | A | Dividend | J | T | | | | | |
| 85. Bank of America Com. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/08/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ▇▇▇ Cape May Cnty. 4.50% due 8/15/20 | B | Interest | L | T | | | | | |
| 87. FPL Group, Inc. Com. | A | Dividend | J | T | | | | | |
| 88. ▇▇▇ New Brunswick Pkg. Auth. 4.25% 9/1/15 | B | Interest | L | T | | | | | |
| 89. ▇▇▇ Old Bridge Twp. Bd. of Ed. 4.75% due 7/15/18 | B | Interest | K | T | | | | | |
| 90. BAC CAP Trust II PFD | B | Dividend | K | T | | | | | |
| 91. Duke Realty Com. | A | Dividend | J | T | | | | | |
| 92. Scudder Municipal 819 | | | | | SOLD | 12/4 | | | SEE VIII |
| 93. Harbor Intrl Fund II | A | Dividend | K | T | | | | | |
| 94. U.S. Treas Notes 4.25% 8/15/13 | B | Interest | K | T | | | | | |
| 95. Citigroup, Inc. | A | Dividend | | | SOLD | 11/26 | J | A | |
| 96. U.S. Treas Notes 3.375% 9/15/09 | A | Interest | K | T | | | | | |
| 97. Coca Cola | A | Dividend | K | T | | | | | |
| 98. McGraw Hill | A | Dividend | | | SOLD | 11/26 | J | A | |
| 99. Nordstrom | A | Dividend | | | SOLD | 11/26 | J | A | |
| 100. United Technologies | A | Dividend | J | T | | | | | |
| 101. Wyeth | A | Dividend | J | T | | | | | |
| 102. Proctor & Gamble | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. AT&T, Inc. | A | Dividend | K | T | | | | | |
| 104. Blackrock Mun Fd 37 | A | Interest | K | T | | | | | |
| 105. U.S. Treas Notes 3/31/08 | A | Interest | K | T | | | | | |
| 106. Fed. Nat'l Mtg. Assn. | B | Interest | K | T | | | | | |
| 107. Blackrock N.J. Munn. Fd. 416 | A | Interest | | | SOLD | 6/01 | K | A | |
| 108. General Elec. Com. | A | Dividend | K | T | Pt. sale 100 | 11/26 | J | A | |
| 109. PPL Corporation | A | Dividend | J | T | | | | | |
| 110. Citigroup Cap. XVII PFD. | B | Dividend | K | T | BUY | 6/01 | K | | |
| 111. Dupont | A | Dividend | K | T | BUY | 6/01 | K | | |
| 112. Lehman Index FD | A | Interest | K | T | BUY | 11/26 | K | | |
| 113. MacDonalds Corp. Com. | A | Dividend | J | T | BUY | 11/26 | J | | |
| 114. XTO Energy Inc. Com. | A | Dividend | J | T | BUY | 11/26 | J | | |
| 115. T. Rowe Price Summit Mun | A | Interest | K | T | BUY | 1/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

From time to time the various Nuveen Funds make returns of principal as various bonds are redeemed.

Williams College Pooled Income Fund #3. I have set forth as the value of this item the amounts I placed in the Fund from time to time. I receive the income from the Fund but upon my death it goes to Williams College; therefore, the value to me would be the value of my life interest.

█████ Trust and Management Account:

Blackrock Money Market Funds are the equivalent of cash. The trustee or Fund Manager purchases and sells (deposits and withdraws) money from the Funds frequently. I have not listed each deposit and withdrawal and have set forth the December 31, 2005 values.

During 2006 I transferred the cash and six tax exempt bonds listed individually in my report into a revocable trust of which I am trustee and over which I have complete powers of disposition. The purpose is to ensure that upon my death the assets will be available to help pay college education expenses of █████████ Because I retain complete control over the assets I see no need to list them separately as part of a trust.

On June 29, 2006 the ██████ Trust purchased ████████ of AT&T common stock for $8,316. Through inadvertance this was not shown on my 2006 Report. That Report should be deemed amended to reflect this purchase.

Scudder Municipal 819, an asset in the management account changed its name in 2006 to DWS Short Term Municipal Bond Fund and was sold on December 4, 2006 for $31,841 at a loss. This sale was inadvertently not reported in my 2006 report. That report should be deemed amended to reflect this sale.

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/08/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544